# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUPRECE JETT (01), )<br>DAMION MCKISSICK (02), )<br>EARL WALKER (03), )<br>)<br>Defendants. ) | Case No. 1:16-cr-00001-TWP-TAB |

## ENTRY ON GOVERNMENT'S MOTION IN *LIMINE* (Filing No. 124)

This matter is before the Court on Plaintiff United States of America's ("the Government") Motion in *Limine* to Preclude Evidence (Filing No. 124). The Government has moved in *limine* to preclude the introduction of Fort Wayne Police Department Officer Robert Hollo's ("Officer Hollo") personnel file.

The Government argues that all of the information contained in Officer Hollo's personnel file should be precluded, because it is unfairly prejudicial and not probative of any issues in the case. (Filing No. 124.) In response, Defendant Damion McKissick ("McKissick") states that, based on the Government's description of the supporting documentation, McKissick does not object to the Government's motion. (Filing No. 130.) However, McKissick notes that the information could become relevant should the Government place Officer Hollo's credibility or character at issue. (Filing No. 130.)

The Court excludes evidence on a motion in *limine* only if the evidence clearly is not admissible for any purpose. *See Hawthorne Partners v. AT&T Technologies, Inc.*, 831 F. Supp. 1398, 1400 (N.D. Ill. 1993). Unless evidence meets this exacting standard, evidentiary rulings

must be deferred until trial so questions of foundation, relevancy, and prejudice may be resolved in context. *Id.* at 1400–01.

Because McKissick does not object to the Government's Motion, the Court **GRANTS** the Government's Motion in *Limine*. An order in *limine* is not a final, appealable order. If McKissick believes such evidence becomes relevant or otherwise admissible during the course of the trial, counsel may approach the bench and request a hearing outside the presence of the jury.

**SO ORDERED.**

Date: 1/30/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Kimberly Shawntee Robinson
atty.robinson@icloud.com

Jack Crawford
CRAWFORD & DEVANE
crawdevlaw@indy.rr.com

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE
brad.shepard@usdoj.gov

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE
peter.blackett@usdoj.gov