# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 1:16-cr-00001-TWP-TAB ) |
| DUPRECE JETT (01), DAMION MCKISSICK (02), EARL WALKER (03), | ) ) ) ) |
| Defendants. | ) |

## ENTRY ON GOVERNMENT'S REQUEST FOR CLARIFICATION

The Government has submitted a Request for Clarification Concerning Proposed Exhibit regarding the Court's ruling pertaining to the post-arrest statement of Defendant Damion McKissick ([Filing No. 141](#)). On January 4, 2014, the Government filed a *motion in limine* seeking admission, under Federal Rule of Evidence 801(d)(2)(E), of the following statement made by McKissick:

> Hey Earl! Earl! Nothing . . . joyriding . . . fleeing!
> Hey Earl! Hey Bro
> They jumped the gun. I say they jumped the gun. We ain't do shit.
> They didn't give us a chance. So—hey—uhh

Defendant Earl Walker objected to admission of the statement and the Court sustained Walker's objection, finding the Government had not established that the statement was made in furtherance of an ongoing conspiracy. In addition, the Court found that the statement as proffered was inadmissible hearsay, unless McKissick were to testify and submit himself to cross-examination by Walker's counsel regarding the statement. ([Filing No. 131](#).)

The Government now intends to offer McKissick's statement as admissions by a party opponent. Fed. R. Evid. 801(d)(1)(2)(A). The Government contends that the statement is relevant as to McKissick's state of mind and intent to commit a robbery of the Indiana Members Credit Union

located at 96th and Grey Road, Indianapolis, Indiana. The Government has redacted the statement by removing all references to Walker, and now seeks clarification from the Court that the redactions comport with the Court's prior ruling.

Having reviewed the proffered statement (Filing No. 144), the Court determines that it comports with its prior ruling and applicable law.

**SO ORDERED.**

Date: 2/3/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Kimberly Shawntee Robinson
atty.robinson@icloud.com

Jack Crawford
CRAWFORD & DEVANE
crawdevlaw@indy.rr.com

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE
brad.shepard@usdoj.gov

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE
peter.blackett@usdoj.gov